UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

RACHEL A. NASANOFSKY, Individually )
and as the Administratrix of the Estate of )
DAVID H. NASANOFKSY )
    Plaintiff )
)
)     CIVIL ACTION
VS. )     NO: 05-10230 REK
)
UNITED STATES OF AMERICA and )
BABINGTON YUNG, M.D. )
    Defendants )

## MOTION OF THE DEFENDANT, BABINGTON YUNG, M.D., TO TRANSFER THE CLAIMS AGAINST HIM TO MASSACHUSETTS SUPERIOR COURT FOR THE LIMITED PURPOSE OF CONVENING A MEDICAL MALPRACTICE TRIBUNAL

Now comes the defendant, Babington Yung, M.D., and hereby moves pursuant to M.G.L. c. 231, § 60B that the claims against him be transferred to the Massachusetts Superior Court for the limited purpose of convening a Medical Malpractice Tribunal. In support of this motion the said defendant relies on the Memorandum attached hereto.

By his attorneys,

FICKSMAN & CONLEY, LLP

_____
JOHN D. CASSIDY
BBO # 078480
98 North Washington Street-Suite 500
Boston, MA 02114
(617) 720-1515

## CERTIFICATE OF SERVICE

I, John D. Cassidy, attorney for said defendant, hereby certify that I have this day served a copy of the foregoing Motion upon the plaintiff by mailing a copy thereof, postage prepaid, directed to: Clyde D. Bergstresser, Campbell, Campbell, Edwards & Conroy, P.C., One Constitution Plaza, Boston, MA 02129.

Signed under the penalties of perjury.

DATED:    April 1, 2005                      _____
JOHN D. CASSIDY
BBO # 078480