AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division        District of    Massachusetts

Rachel A. Nasanofsky, Individually and as Administratrix of the Estate of David H. Nasanofsky,

V.

vs.

United States of America and Babington Yung

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 10230 REK

TO: (Name and address of Defendant)

Babington Yung
10 Bayfield Road, Unit #1
Quincy, MA   02171-2062

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Clyde D. Bergstresser
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Plaza
Boston, MA   02129

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: FEB - 4 2005

⬥AO 440 (Rev. 8/01) Summons in a Civil Action

2:30 PM

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3-23 2005 |
| NAME OF SERVER (PRINT) ROBERT CAMPBELL | TITLE CONSTABLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: UNIT #1, 10 Bayfield, Quincy, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-23-2005
Date         Signature of Server

Constable

308 Common St
Address of Server
Quincy, MA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.