IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHEL A. NASANOFSKY, individually and as Administratrix of the Estate of David H. Nasanofsky<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>Defendants. | CASE NO.: 05-10230-REK |

**DEFENDANT'S ASSENTED TO MOTION FOR EXTENSION OF
TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Now comes the defendant, United States of America,[1] and hereby moves this Court for a forty-five day extension of time **up to and including July 5, 2005**, to answer or otherwise respond to the Complaint. As reasons therefore, the undersigned counsel for the United States asserts that such an extension will allow counsel the necessary time to obtain relevant facts and background information of this matter.

The United States asserts that there have been no prior requests for extensions in this action.

---

[1] This motion is not intended to be a responsive pleading. By the filing of this motion, the United States is not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to it in the normal course of filing a responsive pleading. The United States intends to raise those defenses when it answers or otherwise responds to the Complaint.

WHEREFORE, the United States respectfully requests that this Court allows its motion for an extension of time **up to and including July 5, 2005**, to answer or otherwise respond to the Complaint.

                                                 Respectfully submitted,

                                                 UNITED STATES OF AMERICA,
                                                 By its attorney,

                                               MICHAEL J. SULLIVAN
                                               United States Attorney

Dated:    May 16, 2005             /s/Eugenia M. Carris for Gina Walcott-Torres
                                      By:   Gina Walcott-Torres
                                               Assistant U.S. Attorney
                                               John Joseph Moakley U.S. Courthouse
                                               1 Courthouse Way, Suite 9200
                                               Boston, MA 02210
                                               (617) 748-3369

## LOCAL RULE 7.1(A)(2) CERTIFICATION

    The undersigned certifies that her office conferred with counsel for Plaintiff, and Mr. Heidorn of Campbell, Campbell, Edwards & Conroy assented to the filing of this extension.

                                               /s/Eugenia M. Carris for Gina Walcott-Torres
                                               Gina Walcott-Torres
                                               Assistant U.S. Attorney