UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHEL A. NASANOFSKY, Individually, )<br>And as the Administratrix of the )<br>Estate of DAVID H. NASANOFSKY, )<br>)<br>Plaintiff )<br>) C.A. No. 05CV10230-REK<br>v. )<br>)<br>UNITED STATES OF AMERICA, and )<br>BABINGTON YUNG, )<br>Defendants )<br>) | |

## AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I, Scott M. Heidorn, upon oath, depose and state as follows:

1.     I am an attorney licensed to practice in the United States District Court, District of Massachusetts.  I represent the plaintiff, Rachel A. Nasanofsky, in the above-referenced matter.

2.     On March 18, 2005, my office forwarded a copy of the Complaint and Summons, attached as Exhibit A, to:

United States Attorney
Jennifer C. Boal
U.S. Courthouse
One Courthouse Way
Boston, MA  02210

via certified mail, return receipt requested number 7004 0750 0002 3850 5189.  A copy of the returned receipt indicating the receipt of the documents is attached hereto as Exhibit B.

3.  On March 18, 2005, my office forwarded a copy of the Complaint and Summons, attached as Exhibit A, to:

   United States Attorney
   Kenneth L. Wainstein
   U.S. Courthouse
   555 4th Street, NW
   Washington, DC 20530

via certified mail, return receipt requested number 7004 0750 0002 3850 5172. A copy of the returned receipt indicating the receipt of the documents is attached hereto as Exhibit C.

4.  On April 28, 2005, my office forwarded a copy of the Complaint and Summons, attached as Exhibit A, to:

   United States Attorney General
   United States Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530

via certified mail, return receipt requested number 7004 0750 0002 3850 5202. A copy of the returned receipt indicating the receipt of the documents is attached hereto as Exhibit D.

Signed under the pains and penalties of perjury this 20th day of May, 2005.

_____
Scott Heidorn

### CERTIFICATE OF SERVICE

I, Scott Heidorn, attorney for the plaintiff, Rachel Nasanofsky, hereby certify that I have served a copy on May 20, 2005 of the above document upon all parties of record by first class mail to:

| | |
|---|---|
| Gina Walcott-Torres, Esq. | John D. Cassidy |
| United States Attorneys Office | Ficksman and Conley, LLP |
| One Courthouse Way | 98 North Washington Street, Suite 500 |
| Boston, MA 02210 | Boston, MA 02114 |

_____
Scott M. Heidorn

2

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division  District of  Massachusetts

Rachel A. Nasanofsky, Individually and as Administratrix of the Estate of David H. Nasanofsky

vs.

United States of America and Babington Yung

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-10230 REK

TO: (Name and address of Defendant)

United States of America
c/o Jennifer C. Boal
Clerk, Civil Division
United States Attorney
U.S. Courthouse, Suite 9200
One Courthouse Way, Boston, MA  02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Clyde D. Bergstresser
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA  02129

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  FEB - 4 2005