UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHEL A. NASANOFSKY, Individually, )<br>And as the Administratrix of the )<br>Estate of DAVID H. NASANOFSKY, )<br> )<br>Plaintiff )<br> ) C.A. No. 05CV10230-REK<br>v. )<br> )<br>UNITED STATES OF AMERICA, and )<br>BABINGTON YUNG, )<br>Defendants ) | |

## NOTICE OF APPEARANCE

I, Scott M. Heidorn, hereby enter my appearance on behalf of the plaintiff, Rachel A. Nasanofsky, in the above captioned matter.

    /s Scott M. Heidorn
Scott Heidorn (BBO# 661787)
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Plaza
Boston, MA 02129
(617) 241-3000
sheidorn@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2005 a true copy of the above document was served upon the attorney of record for each party by First Class Mail.

    /s Scott M. Heidorn
Scott Heidorn