UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RACHEL A. NASANOFSKY, )
Individually and as the )
Administratrix of the Estate )
of DAVID H. NASANOFSKY, )
 )
   Plaintiff, ) C.A. No. 05-10230-RFK
 )
v. )
 )
UNITED STATES OF AMERICA and )
BABINGTON YUNG, M.D., )
 )
   Defendants. )
_____)

ANSWER OF THE UNITED STATES OF AMERICA

Specific Denials and Responses

Answering the specific numbered paragraphs of plaintiff's Complaint, defendant, the United States of America, states as follows:

(1) Denied.

(2) The allegations of paragraph 2 consist of conclusions of law to which answers are not at this time required. Consequently, defendant neither admits nor denies the allegations of this paragraph.

(3) Defendant admits the allegations of paragraph 3, but notes that the claim was filed with the Claims Branch on February 5, 2004.

(4) The allegations of paragraph 4 consist of conclusions of law to which answers are not at this time required. Consequently, defendant neither admits nor denies the allegations of this paragraph.

(5) Admitted.

2

(6) Admitted.

(7) With respect to paragraph 7, defendant is without information sufficient to form a belief as to whether Frederick Dolgin, M.D., held himself out as a physician with expertise in internal medicine. Consequently, defendant neither admits nor denies this allegation. Defendant admits the remaining allegations of this paragraph.

(8) Defendant is without information sufficient to form a belief as to the validity of the allegations of paragraph 8. Consequently, defendant neither admits nor denies the allegations of this paragraph.

(9) Admitted.

(10) Denied.

(11) Denied.

(12) Denied.

(13) Defendant repeats its responses to paragraphs 1 through 12 above.

(14) Denied.

(15) Denied.

(16) Denied.

(17) Defendant repeats its responses to paragraphs 1 through 16 above.

(18) Denied.

(19) Defendant repeats its responses to paragraphs 1 through 18 above.

(20-23) Defendant is without information sufficient to form

3

a belief as to the validity of the allegations of paragraphs 20 through 23. Consequently, defendant neither admits nor denies the allegations of these paragraphs.

(24) Defendant repeats its responses to paragraphs 1 through 23 above.

(25) Denied.

## General Denials

Defendant denies all allegations set forth in the complaint not otherwise admitted above, including all well-pleaded allegations contained in plaintiff's prayer for relief.

## Affirmative Defenses

(1) Plaintiff's Complaint fails to state a claim upon which relief can be granted.

(2) Any recovery to be made to plaintiff is subject to the availability of appropriated funds.

(3) Plaintiff's recovery is barred by the comparative negligence of the decedent. M.G.L.A., Ch. 231, § 85.

4

WHEREFORE, defendant prays that a judgment be entered dismissing the Complaint.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

Dated: July 5, 2005          By:  /s/ Gina Y. Walcott-Torres
                                              Gina Y. Walcott-Torres
                                              Assistant U.S. Attorney
                                              U. S. Attorney's Office
                                              John Joseph Moakley
                                              United States Courthouse
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA  02210
                                              617-748-3369