UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RACHEL A. NASANOFSKY, Individually, | ) | |
| And as the Administratrix of the | ) | |
| Estate of DAVID H. NASANOFSKY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | C.A. No. 05CV10230-REK |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, and | ) | |
| BABINGTON YUNG, | ) | |
| Defendants | ) | |
| | ) | |

**JOINT STATEMENT OF THE PARTIES IN PREPARATION FOR INITIAL
SCHEDULING CONFERENCE**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 16.1, and the

Court's Notice of Scheduling Conference, all counsel hereby certify that they have conferred

concerning, among other things: preparing an agenda for matters to be discussed at the

scheduling conference, preparing a proposed pretrial schedule for the case including a plan for

discovery, and considering whether they will consent to a trial by magistrate.

1.     **Settlement**

The plaintiff has recently made a settlement demand, to which neither of the defendants

has responded with an offer of settlement.

2.    **PROPOSED PRETRIAL SCHEDULE**

The parties anticipate that discovery may be conducted along the following schedule:

| **Deadline** | **Event** |
|---|---|
| February 1, 2006 | Complete automatic discovery consistent with Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A). |
| December 30, 2006 | Completion of all discovery, other than requests for expert disclosures. |
| February 15, 2007 | Plaintiff's service of all expert disclosures, if any, pursuant to Fed. R. Civ. P. 26(a)(2). |
| April 1, 2007 | Defendant's service of all expert disclosures, if any, pursuant to Fed. R. Civ. P. 26(a)(2). |
| April 15, 2007 | Service of any responses and supplemental expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2). |
| May 15, 2007 | File any dispositive motions under Fed. R. Civ. P. 56, with all supporting documents. |
| June 7, 2007 | File any oppositions to dispositive motions under Fed. R. Civ. P. 56, with supporting documents. |
| June 22, 2007 | File all replies to oppositions to dispositive motions under Fed. R. Civ. P. 56, with supporting documents. |
| To be determined | A pretrial conference, if necessary following decision on dispositive motions, with all dates following such pretrial conference, including expert disclosure and discovery, to be scheduled at the Court's discretion. |

The parties do not believe it is necessary for discovery to proceed in "phases," except as set forth in its proposed discovery schedule above.

3.    **TRIAL BY MAGISTRATE JUDGE**

The Plaintiff consents to referral of this matter for trial by a magistrate judge. The defendants do not consent at this time.

4.    **CERTIFICATIONS UNDER LOCAL RULE 16.1(D)(3)**

Plaintiff's certification required by Local Rule 16.1(D)(3) is attached and the Defendants'

certification required by Local Rule 16.1(D)(3) will be submitted under separate cover.

Dated: December 16, 2005

Respectfully Submitted,

Rachel Nasanofsky, as Administratrix                    Babington Yung, MD
of the Estate of David Nasonaofsky,

                                                        By his attorney:
By her attorney:


Clyde D. Bergstresser                                   John D. Cassidy, Esq.
Scott M. Heidorn                                        Ficksman and Conley, LLP
Campbell Campbell Edwards & Conroy, P.C.                98 North Washington Street, Suite 500
One Constitution Plaza                                  Boston, MA 02114
Boston, MA 02129                                        (617) 720-1515
(617) 241-3000


The United States of America,

By its attorney:
Michael J. Sullivan
United States Attorney


Gina Walcott-Torres, AUSA
United States Attorneys Office
One Courthouse Way
Boston, MA  02210
(617) 748-3369

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RACHEL A. NASANOFSKY, Individually, And as the Administratrix of the Estate of DAVID H. NASANOFSKY, | ) ) ) ) | |
| Plaintiff | ) ) | C.A. No. 05CV10230-REK |
| v. | ) ) | |
| UNITED STATES OF AMERICA, and BABINGTON YUNG, | ) ) ) | |
| Defendants | ) ) | |

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), counsel and client hereby affirm that they have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: _Dec 5_____, 2005

Respectfully submitted,

Rachel Nasanofsky,

_[signature]_
Rachel Nasanofsky

Plaintiff's Attorney

_[signature]_
Clyde D. Bergstresser (BBO# 039200)
Scott M. Heidorn (BBO# 661787)
Campbell Campbell Edwards & Conroy, P.C
One Constitution Plaza
Boston MA   02129
Tel. No.  (617) 241-3000

## CERTIFICATE OF SERVICE

I, Scott Heidorn, attorney for the plaintiff, Rachel Nasanofsky, hereby certify that I have served a copy on December 16, 2005 of the above document upon all parties of record by first class mail to:

Gina Walcott-Torres, Esq.
United States Attorneys Office
One Courthouse Way
Boston, MA  02210

John D. Cassidy, Esq.
Ficksman and Conley, LLP
98 North Washington Street, Suite 500
Boston, MA 02114

_____
Scott M. Heidorn