UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

RACHEL A. NASANOFSKY, Individually )
and as the Administratrix of the Estate of )
DAVID H. NASANOFSKY )
    Plaintiff )
) CIVIL ACTION
VS. ) NO: 05-10230 REK
)
UNITED STATES OF AMERICA and )
BABINGTON YUNG, M.D. )
    Defendants )

### DEFENDANT, BABINGTON YUNG, M.D.'S RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), counsel and client hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: __12/21__, 2005.

Respectfully submitted,

Babington Yung, M.D.                                   Defendant's Attorneys

_(signed)_                                             _(signed)_
Babington Yung, M.D.                                   John M. Dellea, BBO# 544190
                                                       John D. Cassidy, BBO# 078480
                                                       Ficksman & Conley, LLP
                                                       98 N. Washington Street
                                                       Boston, MA 02114
                                                       Tel. No. (617) 720-1515