```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

_____
                              )
RACHEL A. NASANOFSKY,         )
                              )
     Plaintiff,               )
                              )    C.A. No. 05-10230-REK
v.                            )
                              )
UNITED STATES OF AMERICA,     )
                              )
     Defendant.               )
_____)

## SUBSTITUTION OF APPEARANCE

To the Clerk:

    Please enter my appearance in the above-captioned case as counsel for the Defendant, United States of America, in substitution for Assistant United States Attorney Gina Walcott-Torres.

                                       Respectfully submitted,

                                       MICHAEL J. SULLIVAN
                                       United States Attorney

                               By: /s/ Rayford A. Farquhar
                                     Rayford A. Farquhar
                                     Assistant U.S. Attorney
                                     John J. Moakley U.S. Courthouse
                                     1 Courthouse Way, Suite 9200
                                     Boston, MA  02210
                                     (617) 748-3100

Dated: January 4, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was served upon Plaintiff, through her counsel Clyde D. Bergstresser, Campbell, Campbell, Edwards & Conroy, PC, One Constitution Plaza, Boston, MA 02129.

                                             /s/ Rayford A. Farquhar
                                             Rayford A. Farquhar
                                             Assistant U.S. Attorney