UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RACHEL A. NASANOFSKY,
Individually and as the
Administratrix of the Estate                CIVIL ACTION
of DAVID H. NASANOFSKY,                      NO. 05-10230 REK
Plaintiff

v.

THE UNITED STATES OF
AMERICA and BABINTON YUNG,
Defendants

### UNITED STATES OF AMERICA'S RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), counsel for the government and his client hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course- and various alternative courses -of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: April 25, 2006

Respectfully submitted,
                                             Respectfully submitted,
 /s/Clifford Pierce
Clifford Pierce
Department of Health and
Human Services                               MICHAEL J. SULLIVAN
                                             United States Attorney

                                      By:    /s/James J. McGovern
                                             James J. McGovern
                                             Assistant U.S. Attorney
                                             U. S. Attorney's Office
                                             John Joseph Moakley Courthouse
                                             One Courthouse Way
                                             Boston, MA 02210
                                             617-748-3100