UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHEL A. NASANOFSKY, Individually, And as the Administratrix of the Estate of DAVID H. NASANOFSKY,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA, and BABINGTON YUNG,<br>Defendants | C.A. No. 1:05-cv-10230-WGY |

## NOTICE OF APPEARANCE

I, Russell X. Pollock, hereby enter my appearance on behalf of the plaintiff, Rachel A. Nasanofsky, in the above captioned matter

By Plaintiff's Attorney

.____/s Russell X. Pollock_____
Clyde D. Bergstresser (BBO #039200)
Scott Heidorn (BBO #661787)
Russell X. Pollock (BBO #564883)
Campbell Campbell Edwards & Conroy, P.C
One Constitution Plaza
Boston MA  02129
Tel. No.  (617) 241-3000
rpollock@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2006 a true copy of the above document was served upon the attorney of record for each party by hand.

_____/s Russell X. Pollock_____
Russell X. Pollock