UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHEL A. NASANOFSKY, Individually, )<br>And as the Administratrix of the )<br>Estate of DAVID H. NASANOFSKY, )<br>            )<br>        Plaintiff    )<br>            )   C.A. No. 1:05-cv-10230-WGY<br>v.          )<br>            )<br>UNITED STATES OF AMERICA, )<br>BABINGTON YUNG, MD, and )<br>TEAM PHYSICIANS, INC.   )<br>        Defendants   )<br>            ) | |

## ASSENTED-TO MOTION TO EXTEND DISCOVERY FORTY-FIVE DAYS

The plaintiff Rachel Nasanofsky, the United States of American, and Team Physicians, Inc., with the assent of Babington Yung, M.D., respectfully move to extend the discovery deadline forty five days. The parties have not previously requested any extensions in this matter, and this extension will not alter the assigned dates for dispositive motions, the Pretrial Conference or the trial date. The discovery deadline is currently December 30, 2006 and would be moved to February 15, 2007. This extension is necessary to conduct the deposition of Frederick Dolgin, M.D., the doctor whose alleged negligence is the basis of the plaintiff's claim against the United States of America, and to allow the newly added defendant, Team Physicians, Inc time to conduct discovery. Dr. Dolgin currently resides in Florida and despite the efforts of the plaintiff to notice his deposition within the time scheduled for discovery, the parties have not been able to agree upon a mutually available date for his deposition.

The parties agree that the plaintiff's deadline for service of expert disclosures will be moved from February 15, 2007 until March 1, 2007. All other deadlines will remain the same.

**Wherefore,** the plaintiff, the United States of America, and Team Physicians, Inc., with the assent of Babington Yung, M.D., respectfully requests this court extend the period for discovery to February 15, 2007.

Dated: December 21, 2006

Respectfully Submitted,

| | |
|---|---|
| Rachel Nasanofsky, as Administratrix of the Estate of David Nasonaofsky, | The United States of America, |
| By her attorney: | By its attorney:<br>Michael J. Sullivan<br>United States Attorney |
| /s/ Scott Heidorn<br>Clyde D. Bergstresser (BBO #039200)<br>Scott Heidorn (BBO #661787)<br>Russell X. Pollock (BBO #564883)<br>Campbell Campbell Edwards & Conroy<br>One Constitution Plaza<br>Boston MA  02129<br>Tel. No.  (617) 241-3000<br>sheidorn@campbell-trial-lawyers.com | /s/Anton Giedt<br>Anton Giedt, AUSA<br>United States Attorneys Office<br>One Courthouse Way<br>Boston, MA  02210<br>(617) 748-3369<br>Anton.giedt@usdoj.gov |
| | **Assented-To By,** |
| Team Physicians, P.C. | Babington Yung, MD |
| By its attorneys: | By his attorney: |
| /s/ Stephen M. Fiore<br>Martin C. Foster, Esq.<br>Stephen M. Fiore, Esq.<br>Foster & Eldridge, LLP<br>One Canal Park, Suite 2100<br>Cambridge, MA 02141<br>(617) 252-3366<br>(617) 252-3377 - FAX<br>mfoster@fosteld.com<br>sfiore@fosteld.com | /s/ John Dellea<br>John D. Cassidy, Esq.<br>John Dellea, Esq.<br>Ficksman and Conley, LLP<br>98 North Washington Street, Suite 500<br>Boston, MA 02114<br>(617) 720-1515<br>jcassidy@ficksmanconley.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2006 a true copy of the above document was served electronically upon all attorneys of record, and was sent via facsimile to Anton P. Giedt, Esq., Assistant United States Attorney, and to Martin Foster, counsel for Team Physicians.

/s/ Scott M. Heidorn
Scott M. Heidorn