UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHEL A. NASANOFSKY, Individually, And as the Administratrix of the Estate of DAVID H. NASANOFSKY, <br><br>   Plaintiff, <br><br> v. <br><br>UNITED STATES OF AMERICA, BABINGTON YUNG, M.D. and TEAM PHYSICIANS, P.C., <br><br>   Defendants. | C.A. No. 05-10230-WGY |

## NOTICE OF SUBSTITUTION OF APPEARANCE

To the Clerk:

 Please enter my appearance in the above-captioned case as counsel for the United States of America in substitution for Assistant U.S. Attorneys Rayford A. Farquhar and James J. McGovern.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney


     By:  /s/ Anton P. Giedt
        Anton P. Giedt
        Assistant U.S. Attorney
        John J. Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100

Dated: January 10, 2007

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 10, 2007.

                                          /s/ Anton P. Giedt
                                          Anton P. Giedt
                                          Assistant U.S. Attorney