UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHEL A. NASANOFSKY, Individually, And As Administrator of the Estate of DAVID H. NASANOFSKY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Civil Action No. 05-10230-WGY |

**ASSENTED TO MOTION TO EXTEND DISCOVERY FOR 6 DAYS**

The Defendant, United States, with the assent of the plaintiff, respectfully requests that the deadline for fact discovery be extended for one day up to and including February 16, 2007, and that the deadlines for expert reports be extended by 5 days to March 6, 2007, for the Plaintiff and April 6, 2007, for the Defendant United States. Good cause exists for this request. The fact discovery extension is necessary to conduct the deposition of Fredrick Dolgin, MD, the treating physician of the plaintiff at the time of the alleged negligence. Dr. Dolgin resides in Florida and due to scheduling conflicts his deposition could not be scheduled until February 16, 2007. It has now been scheduled and he is available on that date. The expert report discovery extension is necessary to allow the parties to fully consider all of the fact discovery. All other discovery and trial deadlines in this action will remain unchanged.

      This request is made in good faith and is not made to delay the action, or for any other improper purpose. Therefore, the United States, with the assent of the plaintiff respectfully requests that the Court grant this motion.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| RACHEL A. NASANOFSKY, Individually, And As Administrator of the Estate of DAVID H. NASANOFSKY, | UNITED STATES OF AMERICA<br><br>MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Scott Heidorn   2/1/2007 (By: APG)<br>Clyde D. Bergstresser (BBO# 039200)<br>Scott Heidorn (BBO# 661787)<br>Russell X Pollock (BBO# 564883)<br>Campbell Campbell Edwards & Conroy<br>One Constitution Plazza<br>Boston, MA 02129<br>617-241-3000 (Voice) | By:   /s/ Anton P. Giedt 2/1/2007<br>Anton P. Giedt<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3309 (Voice)<br>617-748-3967 (Fax)<br>anton.giedt@usdoj.gov |

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                     Boston, Massachusetts
                                                                                           DATE: February 1, 2007

   I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon   counsel of record in this action through Electronic Filing.

                                                                               /s/ Anton P. Giedt
                                                                               Anton P. Giedt
                                                                               Assistant U.S. Attorney