**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RACHEL A. NASANOFSKY, Individually, And As Administrator of the Estate of DAVID H. NASANOFSKY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | **Civil Action No. 05-10230-MJ Bowler** |

## ASSENTED TO MOTION TO RE-SCHEDULE MEDIATION

The United States, with the assent of the Plaintiff, respectfully requests that the mediation currently scheduled for February 13, 2007, be rescheduled for a date on or after March 14, 2007. Good cause exists for this request. Fact discovery has not been completed in the matter and depositions of several witnesses will be conducted the week of the currently scheduled mediation. The added time will allow fact discovery to be completed and will also allow time for the United States to review the Plaintiff's expert report which is due at the beginning of March. Completion of fact discovery and review of the Plaintiff's expert report are necessary elements to conducting a meaningful and informed mediation.

This request is made in good faith and is not made to delay the action, or for any other improper purpose.  Therefore, the United States, with the assent of the Plaintiff, respectfully requests that the Court grant this motion.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| RACHEL A. NASANOFSKY, Individually, And As Administrator of the Estate of DAVID H. NASANOFSKY, | UNITED STATES OF AMERICA<br><br>MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Scott Heidorn    2/1/2007   (By: APG)<br>Clyde D. Bergstresser (BBO# 039200)<br>Scott Heidorn (BBO# 661787)<br>Russell X Pollock (BBO# 564883)<br>Campbell Campbell Edwards & Conroy<br>One Constitution Plazza<br>Boston, MA 02129<br>617-241-3000 (Voice) | By:   /s/ Anton P. Giedt    2/1/2007<br>Anton P. Giedt<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3309 (Voice)<br>617-748-3967 (Fax)<br>anton.giedt@usdoj.gov |

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                                         Boston, Massachusetts
                                                                                                                      DATE: February 1, 2007

   I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon counsel of record in this action through Electronic Filing.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney