UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:05-cv-10230-WGY

RACHEL A. NASANOFSKY, Individually, and as the )
Administratrix of the Estate of DAVID H. NASANOFSKY, )
)
                            Plaintiff )
v. )
)
UNITED STATES OF AMERICA, BABINGTON YUNG, )
MD, and TEAM PHYSICIANS, P.C. )
                           Defendants )

## STIPULATION OF DISMISSAL AS TO BABINGTON YUNG, M.D. AND TEAM PHYSICIANS, P.C. ONLY

The parties to the above-captioned action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that those claims against Babington Yung, MD and Team Physicians, P.C. are dismissed with prejudice and without costs to any party. All rights of appeal are waived.

Respectfully Submitted,

| | |
|---|---|
| Rachel Nasanofsky, as Administratrix of the Estate of David Nasonaofsky, | The United States of America, |
| By her attorney: | By its attorney:<br>Michael J. Sullivan<br>United States Attorney |
| /s Scott M. Heidorn<br>Clyde D. Bergstresser (BBO #039200)<br>Scott Heidorn (BBO #661787)<br>Campbell Campbell Edwards & Conroy<br>One Constitution Plaza<br>Boston MA 02129<br>Tel. No. (617) 241-3000<br>sheidorn@campbell-trial-lawyers.com | /s Anton Giedt<br>Anton Giedt, AUSA<br>United States Attorneys Office<br>One Courthouse Way<br>Boston, MA 02210<br>(617) 748-3369<br>Anton.giedt@usdoj.gov |
| Team Physicians, P.C. | Babington Yung, MD |
| By its attorneys: | By his attorney: |
| /s Stephen Fiore<br>Martin C. Foster, Esq.<br>Stephen M. Fiore, Esq.<br>Foster & Eldridge, LLP<br>One Canal Park, Suite 2100<br>Cambridge, MA 02141<br>(617) 252-3366<br>sfiore@fosteld.com | s/ John Dellea<br>John D. Cassidy, Esq.<br>John Dellea, Esq.<br>Ficksman and Conley, LLP<br>98 North Washington Street, Suite 500<br>Boston, MA 02114<br>(617) 720-1515<br>jcassidy@ficksmanconley.com |