UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHEL A. NASANOFSKY, Individually, And As Administrator of the Estate of DAVID H. NASANOFSKY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | **Civil Action No. 05-10230-WGY** |

## JOINT MOTION TO EXTEND DISCOVERY

The parties, respectfully request that the deadline for expert reports be extended by an additional three weeks, to March 27, 2007 for the plaintiff and April 27, 2007 for the Defendant United States. The deadline for any responses and supplemental expert disclosures will be May 11, 2007. All other discovery and trial deadlines in this action will remain unchanged.

Good cause exists for this request. Plaintiffs have been unable to depose Fredrick Dolgin, MD, the treating physician of the plaintiff at the time of the alleged negligence. His deposition was scheduled for February 16, 2007 in St. Augustine, Florida. Counsel for the Defendant was not able to make it to the deposition because his flight was cancelled due to weather. Plaintiff's counsel was halfway to the deposition when he learned that it had been cancelled. The deposition was postponed for two weeks, until March 2, 2007. The expert report discovery extension is necessary to allow the parties to fully consider all of the fact discovery.

This extension would not affect any other deadlines.

1

This request is made in good faith and is not made to delay the action, or for any other improper purpose. Therefore, the parties respectfully request that the Court grant this motion.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| RACHEL A. NASANOFSKY, Individually, And As Administrator of the Estate of DAVID H. NASANOFSKY, | UNITED STATES OF AMERICA<br><br>MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/Scott M. Heidorn<br>Clyde D. Bergstresser (BBO# 039200)<br>Scott Heidorn (BBO# 661787)<br>Russell X Pollock (BBO# 564883)<br>Campbell Campbell Edwards & Conroy<br>One Constitution Plazza<br>Boston, MA 02129<br>617-241-3000 (Voice) | By: /s/Anton P. Giedt<br>Anton P. Giedt<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3309 (Voice)<br>617-748-3967 (Fax)<br>anton.giedt@usdoj.gov |

**CERTIFICATE OF SERVICE**

Suffolk, ss.
                    Boston, Massachusetts
DATE:

I, Scott Heidorn, do hereby certify that I have this day served a copy of the foregoing upon counsel of record in this action through Electronic Filing.

/s/Scott M. Heidorn
Scott M. Heidorn