COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT
CIVIL ACTION
NO: 05-3310G

Rachel A. Nasanofsy Indiv & Adaministratrix
PLAINTIFF

V.

United States of America et al
DEFENDANT

ORDER

AFTER A MEDICAL MALPRACTICE TRIBUNAL HEARING IN SUFFOLK SUPERIOR COURT:

THE ABOVE ENTITLED ACTION IS HEREBY ORDERED RETURNED TO THE United States District Court : DOCKET #05cv10230REK

BY THE COURT,    Henry, J.

ASST. CLERK

DATED: March 5, 2007