**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

   RACHEL NASANOFSKY
               Plaintiff(s)

           V.                                  CIVIL ACTION NO. 05-10230-WGY

   UNITED STATES, et al.
               Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

                  TO JUDGE    Young

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On    05/23/2007    I held the following ADR proceeding:

       _____    SCREENING CONFERENCE    \_\_\_\_\_ EARLY NEUTRAL EVALUATION
       \_\_X\_\_    MEDIATION                            \_\_\_\_\_ SUMMARY BENCH / JURY TRIAL
       _____    MINI-TRIAL                           \_\_\_\_\_ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]
    The parties were not present in person, but by an authorized officer. [except_____].
    The case was:

[ ]    Settled. Your clerk should enter a \_\_ day order of dismissal.

[ ]    There was progress.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

    05/23/2007                                                 Marianne B. Bowler, USMJ
        DATE                                                               ADR Provider

(ADR Report (Nasanosky).wpd - 4/12/2000)                                                       [adrrpt.]