UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RACHEL A. NASANOFSKY, Individually,
And As Administrator of the Estate of DAVID
H. NASANOFSKY,

        Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

        Defendants.

**Civil Action No. 05-10230-WGY**

### PLAINTIFF'S SUPPLEMENTAL RULE 26 (A)(2) DISCLOSURE
### OF EXPERT TESTIMONY IN REBUTTAL TO DEFENDANT'S DISCLOSURE

Plaintiff Rachel A. Nasasnofsky, by her attorney, makes the following supplemental disclosure as required by Fed. R. Civ. P. 26(a)(2).

1.    Expert Witnesses

Dana Hewins, PhD
1 Tammett Brook Park
Lakeville MA

2.    Expert Reports

Please refer to the supplemental report attached hereto as Exhibit A, which is incorporated herein.

3.    Opinions Expressed by Experts

Please refer to the expert report attached hereto as Exhibit A.

4.    Information Considered by Witnesses

Please refer to the expert report attached hereto as Exhibit A.

5.    Exhibits to Support Opinions

Any documents, reports, etc. referenced above may be used to support the expert's opinions.

2

6. Qualifications of Experts Including Publications Authored Within the Preceding Ten Years

Please refer to expert witness' curriculum vitae already provided.

7. Compensation to be Paid to Expert

Please refer to the attachment to the expert's report already provided.

8. Cases in which the Expert has Testified as an Expert at Trial or by Deposition within the Preceding Four Years

Please refer to the attachment to the expert's report already provided.

By plaintiff's attorney,

/s/ Scott M. Heidorn_____
Clyde D. Bergstresser, BBO #039200
Scott M. Heidorn, BBO # 661787
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Boston, Massachusetts 02129
(617)241.3000
Fax 617 241.5115

**CERTIFICATE OF SERVICE**

I, Scott M. Heidorn, attorney for the plaintiff, Rachel Nasanofsky, hereby certify that on this date I have served a copy of the above document upon all parties of record through Electronic Filing.

Date: June 15, 2007    /s/ Scott M. Heidorn_____
Scott M. Heidorn

**Dana C. Hewins, Ph.D.**
*Economic Consultant*
1 Tamett Brook Road
Lakeville, Massachusetts 02347
508-946-1116   Fax: 508-947-5151

June 15, 2007

Clyde Bergstresser, Esquire
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Boston, Massachusetts 02129

Re:  **David H. Nasanofsky**

Dear Attorney Bergstresser:

In response to your request, I have calculated the present values of David Nasanofsky's net lost earnings and lost household services for assumed life/worklife expectancies of approximately 5 and 10 years, or through the years 2007 and 2012, respectively. Please note that the changes in assumed life/worklife expectancies were the only changes to my earlier evaluation; all other assumptions, as given in my report of January 24, 2006, remain unchanged.

Given these parameters, the present values of David Nasanofsky's probable lost earnings, net of his own personal consumption, were determined to equal $303,208 and $584,839 when projected through 2007 and 2012, respectively. In addition, the present values of his lost household services were determined to be $48,102 and $90,099 when calculated through 2007 and 2012, respectively.

-2-

If I can be of any further service to you in this matter, please do not hesitate to contact me.

Sincerely yours,

*Dana Hewins*

Dana C. Hewins, Ph.D.