UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Rachel A. Nasanofsky | Civil Action<br>No: 05-10230-WGY |

**Plaintiff**

v.

**United States of America**
**Defendant**

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

      The Court having been advised on June 19, 2007 that the above-entitled action has been settled:

      IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

/s/Matthew A. Paine
_____
**Deputy Clerk**

**June 19, 2007**

**To: All Counsel**